UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTEN BLACKGOLD, A.K.A. MITCHELL QUINTIN GRADY,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendants | No. 1:22-cv-00930 KES GSA (PC)<br><br>NOTICE OF RELATED CASE ORDER |
| SUTEN BLACKGOLD, A.K.A. MITCHELL QUINTIN GRADY,<br><br>Plaintiff,<br><br>v.<br><br>HARMON,<br><br>Defendant. | No. 1:23-cv-00782 JLT GSA (PC)<br><br>NOTICE OF RELATED CASE ORDER |

Examination of the above-entitled actions reveals that the cases are related within the meaning of Local Rule 123(a). The actions involve the same parties, similar questions of fact, and the same questions of law. Therefore, it would entail a substantial duplication of effort if they were to be heard by different judges. See Local Rule 123(a) (3)-(4). Accordingly, the

assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this Court, related cases are generally assigned to the District Judge and Magistrate Judge to whom the first filed action was assigned.  However, in an effort to expedite the resolution of these matters and reduce the backlog of cases in the District, in this case, the first-filed matter will be reassigned to the District Judge who is currently assigned to the second-filed matter.

Therefore, IT IS HEREBY ORDERED that:

1. The matter <u>Blackgold v. CDCR</u>, No. 1:22-cv-00930 KES GSA is hereby REASSIGNED to District Judge Jennifer L. Thurston and Magistrate Judge Gary S. Austin for all further proceedings;

2. Any dates currently set in the reassigned case are hereby VACATED;

3. Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:22-cv-00930 JLT GSA, and

4. The Magistrate Judge and District Judge assigned to Case No. 1:23-cv-00782 JLT GSA will remain the same.

IT IS FURTHER ORDERED that the Clerk of Court shall make the appropriate adjustment in the assignment of civil cases in order to compensate for this reassignment.

DATED:  March 27, 2024.

CHIEF UNITED STATES DISTRICT JUDGE